# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Mark Michael-Ruddy | CASE NUMBER: 6:06-mj-0074-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:   February 7, 2007**              /s/  **William M. Wunderlich**
mmkd34                                             UNITED STATES MAGISTRATE JUDGE